LAW OFFICE OF TIM PETUMENOS
1227 West 9th Avenue, Suite 301, Anchorage, AK 99501
Phone: (907) 276-2676   Email: timp@tpaklaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

COPPER RIVER SEAFOODS, INC. an Alaska corporation,

    Plaintiff,

v.

PACIFIC OCEAN FOODS, INC., a Washington corporation,

    Defendant.

Case No. 3:20-cv-_____

**COMPLAINT**

COMES NOW Plaintiff, Copper River Seafoods, Inc. (CRS"), by and through counsel of record the Law Office of Tim Petumenos, and for its claims for relief, states and alleges as follows:

### I.    PARTIES

1. CRS is an Alaska corporation, domiciled and headquartered in Anchorage, Alaska and doing business throughout the State of Alaska and elsewhere. CRS is qualified in all respects to bring this action. CRS is primarily engaged in the processing and sale of seafood products from Alaska.

2. Defendant Pacific Ocean Foods, Inc. ("Pacific") is a Washington corporation which is engaged in the purchase of seafood products from wholesalers like CRS.

### II.    JURISDICTION AND VENUE

3. This Court has jurisdiction over the parties and the subject matter of this action pursuant to 28 U.S.C. § 1332, based upon the fact that the parties are domiciled in different states with CRS being domiciled in Alaska and Pacific in Washington, and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

### III.    GENERAL ALLEGATIONS

4. CRS is a seafood processor and wholesaler selling, *inter alia*, salmon roe. On or about December 28, 2019 CRS invoiced Pacific for salmon roe it had sold Pacific in

COMPLAINT                                                                      PAGE **1** OF **4**
COPPER RIVER SEAFOODS, INC. V. PACIFIC OCEAN FOODS, INC.

Case 3:20-cv-00155-TMB    Document 1    Filed 06/29/20    Page 1 of 4

the amount of $249,551.10. Pacific received this product and benefited from its commercial value. CRS has never been paid for the roe it sold to Pacific despite having made demand for payment.

5. On or about February 20, 2020 CRS and Pacific exchanged several emails concerning the payment for the roe. Initially CRS asked for a wire transfer, but Pacific asked instead that Pacific be allowed to submit payment by overnight mail. CRS agreed that Pacific could pay by overnight mail and provided its address for the receipt of the mail.

6. After this agreement was reached, and unbeknownst to CRS, Pacific received a false and fraudulent email reversing the agreement for overnight mail and requested that Pacific wire transfer funds to the Regions Bank in Winter Haven, Florida. This communication had significant indicia of fraud within the text of the email. The email falsely purported to be from an employee of CRS. The email contained misspellings, grammatically incorrect syntax and a suspicious story which justified the changing of the recipient bank to one located in Florida (instead of Alaska where the sale was made) because CRS allegedly, and according to the fraudulent email, had received a bad check from a prior customer in the account that CRS normally used. This story made no sense since the receipt of a bad check into an account would not, in the normal course of commercial transactions, require an account to be changed or to cease being used.

7. CRS has never had an account at the Regions Bank to which the funds were directed by the fraudulent email.

8. Nevertheless, Pacific executed the wire transfer following the wiring instructions as set forth in the fraudulent email with the result that the funds were wired to the Regions Bank and were stolen by a person or persons unknown and who were not authorized to receive the funds.

## BREACH OF CONTRACT AND DEBT

9. CRS realleges and incorporates by reference the allegations paragraphs 1-8 above.

10. Pacific has received the product it purchased, profited from the sale, and has refused to pay for the roe it purchased. CRS has received no payment from Pacific. The failure to pay CRS's invoice constitutes a breach of contract for the sale of salmon roe and

COMPLAINT PAGE **2** OF **4**
COPPER RIVER SEAFOODS, INC. V. PACIFIC OCEAN FOODS, INC.

Case 3:20-cv-00155-TMB   Document 1   Filed 06/29/20   Page 2 of 4

Pacific owes CRS $249,551.10 plus prejudgment interest, costs and attorneys' fees incurred in bringing this action.

## NEGLIGENCE

11. CRS realleges and incorporates by reference the allegations contained in paragraphs 1-10 above.

12. Pacific was negligent in following the fraudulent wire transfer instructions, which negligence caused funds intended for CRS to be diverted to a person or persons not entitled to receive the funds. In particular, Pacific was negligent, including but not limited to, the conduct that follows:

    a. By failing to carefully scrutinize and analyze the email containing the wiring instructions which should have caused Pacific to conclude on the face of the request that it was not genuine. The failure to carefully scrutinize the instructions in relation to this substantial transfer of funds was a deviation from the standard of care within the commercial environment where funds transfers are accomplished electronically.

    b. By failing to confirm with CRS that the wiring instructions were indeed genuine given the circumstances of the receipt of the instructions and the text of the instructions themselves.

    c. By failing to recognize the obvious problem with being asked to change the recipient bank from one likely associated with CRS doing business in Alaska, with a bank which was located on the other side of the North American continent.

    d. By failing to ascertain whether CRS even had an account at the bank which was the recipient bank for the transfer of the substantial amount of funds that Pacific knew were to be for the benefit of CRS.

13. Pursuant to *Beau Townsend Ford Lincoln Inc. v. Don Hinds Ford Inc.*, 759 Fed.Appx. 348 (6th Cir. 2018) and other federal common law authorities, Pacific is 100% responsible for the loss to CRS that has occurred due to the aforesaid negligence.

WHEREFORE, Plaintiff Copper River Seafoods prays for the following relief:

COMPLAINT     PAGE **3** OF **4**
COPPER RIVER SEAFOODS, INC. V. PACIFIC OCEAN FOODS, INC.

Case 3:20-cv-00155-TMB   Document 1   Filed 06/29/20   Page 3 of 4

A. That judgment enter in favor of Copper River Seafoods, Inc., and against Pacific Ocean Foods, Inc. in the amount of $249,551.20;

B. That Copper River Seafoods, Inc. be awarded prejudgment interest, costs and attorneys' fees as allowed by law

C. For such other and further relief as justice requires.

DATED this 29th day of June, 2020.

>LAW OFFICE OF TIM PETUMENOS, LLC
>Attorneys for Copper River Seafoods, Inc.
>
>By: /s/ Timothy J. Petumenos
>    Timothy J. Petumenos, ABA No. 7611147

COMPLAINT　　PAGE **4** OF **4**
COPPER RIVER SEAFOODS, INC. V. PACIFIC OCEAN FOODS, INC.

Case 3:20-cv-00155-TMB   Document 1   Filed 06/29/20   Page 4 of 4